UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jacquelyn J. Loiselle, | Civil No. 07-2201 (PAM/JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| Michael J. Astrue,<br>Commissioner of Social Security, | |
| Defendant. | |

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Jeanne J. Graham dated July 28, 2008. The R&R recommended that this Court grant Plaintiff's Motion for Summary Judgment and deny Defendant's Motion for Summary Judgment.

The Government has declined to file objections to the R&R. The Court therefore **ADOPTS** the R&R (Docket No. 14).

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Summary Judgment (Docket No. 9) is **DENIED**;

2. Plaintiff's Motion for Summary Judgment (Docket No. 6) is **GRANTED**; and

3. The ALJ's decision is **REVERSED** and **REMANDED** to the agency for further proceedings consistent with this Order.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 7, 2008           s/Paul A. Magnuson
                                 Paul A. Magnuson
                                 United States District Court Judge