UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jacquelyn J. Loiselle,                                    Civil No. 07-2201 (PAM/JJG)

     Plaintiff,

v.                                                        **ORDER**

Michael J. Astrue, Commissioner
of Social Security,

     Defendant.

_____

This matter comes before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Jeanne J. Graham dated November 3, 2008. In the R&R, Magistrate Judge Graham recommended that the Court grant Plaintiff's request for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A). The Government has declined to file objections to the R&R. Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R (Docket No. 28) is **ADOPTED**;

2. Plaintiff's Motion for Attorney's Fees (Docket No. 21) is **GRANTED**; and

3. The Commissioner shall promptly pay Plaintiff's attorney's fees in the amount of $5,654.38.

Dated: Wednesday, November 26, 2008

                                               *s/ Paul A. Magnuson*
                                               Paul A. Magnuson
                                               United States District Judge